**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2025

**BY ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Lourdes Rosales Banegas**
**25 Cr. 333 (JPC)**

Dear Judge Cronan:

  I write to respectfully request a temporary modification of Ms. Rosales's conditions of release to allow her to: (1) travel to North Carolina with her family to spend Thanksgiving with her brother, and (2) travel to Pennsylvania to celebrate her daughter's 11th birthday. Pretrial services and the government do not object to this request.

  At Ms. Rosales's presentment on August 5, 2025, Magistrate Judge Lehrburger set the following bail conditions:

> $150,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents and make no new applications; continue or seek employment; refrain from opening any new personal or business banking accounts, lines of credit, or loans without approval of pretrial services.

  Ms. Rosales was released on her own signature and met the remaining conditions of the bond by August 19, 2025, as directed. Since Ms. Rosales's release, she has appeared in court as directed and faithfully complied with all conditions of release.

  Ms. Rosales now respectfully requests two temporary bail modifications to allow her to travel and spend time with her family. First, Ms. Rosales requests permission to travel to visit her brother in North Carolina the week of Thanksgiving. Second, Ms. Rosales requests permission to travel to celebrate her daughter's 11th birthday at an indoor waterpark in Pennsylvania, where the family has celebrated birthdays in past years. Each of these temporary modifications would require Ms. Rosales to provide a detailed travel itinerary to pretrial services in advance of her travel dates,

including the addresses where she will be staying in North Carolina and Pennsylvania. Pretrial services and the government do not object to this request.

       Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Lourdes Rosales Banegas*

cc:    Counsel of record

~~SO ORDERED:~~

~~THE HONORABLE JOHN P. CRONAN~~
~~United States District Judge~~

The request is granted.  The conditions of Ms. Rosales's release are temporarily modified to allow her to (1) travel to North Carolina with her family to spend Thanksgiving with her brother, and (2) travel to Pennsylvania to celebrate her daughter's birthday, provided she give pretrial services a detailed itinerary in advance of both trips.  *See* Dkt. 14.  The Clerk of Court is respectfully directed to close Docket Number 22.

SO ORDERED.
November 18, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

2