

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 4, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States v. Banegas and Concepcion, 25 Cr. 333 (JPC)**

Dear Judge Cronan:

The Government respectfully writes, on behalf of the parties, to provide a status update and convey the parties' request to adjourn the status conference currently scheduled for December 10, 2025 by approximately 45 to 60 days to a date convenient to the Court.

Since the last conference, the Government has produced additional voluminous electronic discovery derived from electronic devices seized from the defendants on the date of their arrests. The Government understands that the defendants are continuing to review discovery to assess the filing of any motions or other resolution of this matter, and the Government and the defense have begun conferring about a potential disposition. Based on the parties' plea discussions and the defense's ongoing review of discovery, the parties respectfully request an adjournment of 45 to 60 days.

Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

The request is granted. The status conference scheduled for December 10, 2025, is adjourned to January 30, 2026, at 10:00 a.m. Time is excluded from December 10, 2025, until January 30, 2026, under 18 U.S.C. § 3161(h)(7)(A) to allow time for Defendants to continue reviewing discovery and to assess the filing of motions, and for the parties to conduct plea discussions. The Clerk of Court is respectfully directed to close Docket Number 24.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Christopher Brumwell
    Christopher Brumwell
    Assistant United States Attorney
    212-637-2477

SO ORDERED.
December 5, 2025
New York, New York

JOHN P. CRONAN
United States District Judge