

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 23, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    **United States v. Banegas and Concepcion, 25 Cr. 333 (JPC)**

Dear Judge Cronan:

The Government respectfully writes, on behalf of the parties, to provide a status update and convey the parties' request to adjourn the status conference currently scheduled for January 30, 2026 by approximately 45 days to a date convenient to the Court.

Since the last conference, the Government has produced voluminous electronic discovery derived from electronic devices seized from the defendants on the date of their arrests. The Government understands that the defendants are continuing to review discovery to assess the filing of any motions or other resolution of this matter. Further, the Government and the defense have continued conferring about a potential disposition and plan to continue those plea discussions over the coming weeks. Based on the parties' plea discussions and the defense's ongoing review of discovery, the parties respectfully request an adjournment of 45 days.

Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

The request is granted. The status conference scheduled for January 30, 2026, is adjourned to March 17, 2026, at 10:00 a.m. Time is excluded from January 30, 2026, until March 17, 2026, under 18 U.S.C. § 3161(h)(7)(A) to allow time for Defendants to continue reviewing discovery and to assess the filing of motions, and for the parties to conduct plea discussions. The Clerk of Court is respectfully directed to close Docket Number 26.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Christopher Brumwell
  Christopher Brumwell
  Assistant United States Attorney
  212-637-2477

SO ORDERED.
January 26, 2026
New York, New York

JOHN P. CRONAN
United States District Judge