# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2026

**BY ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    **United States v. Lourdes Rosales Banegas**
> **25 Cr. 333 (JPC)**

Dear Judge Cronan:

I write to respectfully request a temporary modification of Ms. Rosales's conditions of release to allow her to travel to Pennsylvania with her children during their school break next week. Pretrial services and the government consent to this request.

At Ms. Rosales's presentment on August 5, 2025, Magistrate Judge Lehrburger set the following bail conditions:

> $150,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents and make no new applications; continue or seek employment; refrain from opening any new personal or business banking accounts, lines of credit, or loans without approval of pretrial services.

Ms. Rosales was released on her own signature and met the remaining conditions of the bond by August 19, 2025, as directed. Since Ms. Rosales's release, she has appeared in court as directed and faithfully complied with all conditions of release.

On November 17, 2025, the Court granted Ms. Rosales's request for a temporary bail modification to enable her to travel to North Carolina with her family for Thanksgiving, and to travel to Pennsylvania to celebrate her daughter's 11th birthday at an indoor waterpark. Ms. Rosales complied with the terms of the temporary bail modification without issue.

Ms. Rosales now respectfully requests permission to travel to and stay overnight with her children at an indoor waterpark in Pennsylvania from February 17 to February 19, 2026. This temporary modification would require Ms. Rosales to provide a detailed travel itinerary to pretrial

services in advance of her travel, including the address where she will be staying in Pennsylvania. Pretrial services and the government consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Lourdes Rosales Banegas*

cc:     Counsel of record

The bail modification request is granted. The Clerk of Court is respectfully directed to close Docket Number 28.

February 12, 2026
New York, New York

SO ORDERED:

**THE HONORABLE JOHN P. CRONAN**
United States District Judge

2