

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 12, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States v. Banegas and Concepcion, 25 Cr. 333 (JPC)**

Dear Judge Cronan:

The Government respectfully writes, on behalf of the parties, to provide a status update and convey the parties' request to adjourn the status conference currently scheduled for March 17, 2026 by approximately 45 days to a date convenient to the Court.

In the past weeks, the parties have conferred further regarding potential pleas, including discussions regarding the Guidelines analysis applicable to the charged offenses and the Government's analysis of restitution. Among other things, the parties have discussed the substantial outreach the Government has received from victims of the charged scheme since the Indictment was returned and the Government's analysis of loss under the Guidelines. Additionally, the Government has produced voluminous discovery and the defense is continuing to review discovery to assess the filing of any motions or other resolution of this matter. Based on the progress of the parties' plea discussions and the defense's ongoing review of discovery, the parties respectfully request an adjournment of 45 days.

Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

The request is granted.  The status conference scheduled for March 17, 2026, is adjourned to May 8, 2026, at 10:00 a.m.  Time is excluded from March 17, 2026, to May 8, 2026, under 18 U.S.C. § 3161(h)(7)(A) to allow time for Defendants to continue reviewing discovery and to assess the filing of motions, and for the parties to conduct plea discussions.  The Clerk of Court is respectfully directed to close Docket Number 30.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Christopher Brumwell
Christopher Brumwell
Assistant United States Attorney
212-637-2477

SO ORDERED.
March 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge