

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 1, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Banegas and Concepcion, 25 Cr. 333 (JPC)**

Dear Judge Cronan:

The Government respectfully writes, on behalf of the parties, to provide a status update and convey the parties' request to adjourn the status conference currently scheduled for May 8, 2026 by approximately 45 days to a date convenient to the Court.

Since the last adjournment, in connection with the parties' ongoing plea discussions, the Government has provided the defense with further information regarding its calculation of loss and restitution owed to victims in this matter. The Government has also produced additional discovery, which the defense is continuing to review. Based on the progress of the parties' plea discussions and the defense's ongoing review of discovery, the parties respectfully request an adjournment of 45 days.

Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Christopher Brumwell
        Christopher Brumwell
        Assistant United States Attorney
        212-637-2477

The request is granted. The status conference scheduled for May 8, 2026, is adjourned to June 29, 2026, at 10:00 a.m. Time is excluded from May 8, 2026, until June 29, 2026 under 18 U.S.C. § 3161(h)(7)(A) to allow time for Defendants to continue reviewing discovery and for the parties to conduct plea discussions. The Clerk of Court is respectfully directed to close Docket Number 32.

SO ORDERED.
May 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge