UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LOURDES ROSALES BANEGAS and
RAMON CONCEPCION,

Defendants.

25 Cr. 333 (JPC)

PRETRIAL ORDER

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on June 21, 2027. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and Section 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

Defendants' pretrial motions, aside from motions *in limine* and motions to preclude expert testimony, are due November 23, 2026. The Government's oppositions to those motions are due December 14, 2026. Defendants may file replies in support of any motions by December 21, 2026.

The Court will hold a status conference on February 8, 2027 at 11:30 a.m. In the event that the Court determines that an evidentiary hearing or oral argument is necessary to resolve any pretrial motions, the Court will hold any hearing or argument at that time. The Court will give the parties advanced notice if that is the case.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is also February 8, 2027. The deadline for Defendants' expert disclosures pursuant to Rule 16(b)(1)(C) is March 8, 2027. The Government shall provide Defendants with

notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 9, 2027. By April 23, 2027, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* and motions to preclude expert testimony shall also be filed by April 23, 2027, with oppositions due May 7, 2027, and replies due by May 14, 2027.

The parties shall appear for a final pretrial conference on June 15, 2027, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JOHN P. CRONAN
United States District Judge